FILED: November 17, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1483 (L)
(3:16-cv-00092-JAG)
_____

ANGELA ENGLE HORNE

    Plaintiff - Appellant

v.

WTVR, LLC, d/b/a CBS6

    Defendant - Appellee

_____

O R D E R
_____

    Upon consideration of submissions relative to the motion to file a corrected brief, the court grants the motion and accepts the corrected brief for filing. Paper copies of the corrected brief shall be served and filed on or before November 27, 2017.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk